[No. 11792.   In Bank. — February 15, 1887.]

## THE PEOPLE, RESPONDENT, *v.* GERMAN SAVINGS AND LOAN SOCIETY, APPELLANT.

ESCHEATED PROPERTY — DISCOVERY OF — EXAMINATION OF BOOKS OF CORPORATION — POWER OF ATTORNEY-GENERAL. — Under section 474 of the the Political Code, neither the attorney-general nor counsel employed by him is authorized to examine the books and papers of a corporation for the purpose of discovering property which has escheated to the state, except under the order and supervision of the court.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

The proceeding was for a writ of mandate to compel the defendant to permit the attorney-general, or counsel employed by him, to examine its books and papers for the purpose of discovering what property, if any, was in its possession or under its control which had escheated or should escheat to the state. The further facts are stated in the opinion of the court.

*Jarboe, Harrison & Goodfellow,* for Appellant.

*Attorney-General Marshall,* and *W. T. Baggett,* for Respondent.

The COURT:— This is an appeal from a judgment directing a peremptory mandate-to issue, commanding the defendant to permit the attorney-general to examine all its books and papers.

Plaintiffs contend that a duty is specially enjoined on defendant to allow such examination by section 474 of the Political Code.

That section does not authorize the attorney-general, or *counsel* appointed by him, to examine the books and papers of a corporation, except under the order and · supervision of the court. (*People* v. *Hibernia Savings*

*and Loan Society, ante,* p. 21.)   The mandate should have been  denied.

Judgment reversed and cause remanded, with directions to the court below to dismiss the proceedings.